No. 09–11340. BENJAMIN v. ANDREW ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–11341. JACKSON v. BODISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 09–11343. MARTINEZ v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11344. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–11345. MINARIK v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 09–11347. LITTLE v. NORTH CAROLINA. Super. Ct. N. C., Anson County. Certiorari denied.

No. 09–11348. MASSEY v. BALLARD, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 09–11349. LESLIE v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–11350. FONSECA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11351. HARRIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11352. MENEFEE v. MCDONALD, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11353. MEJIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 09–11354. MINES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–11355. PENDLETON v. UNITED STATES MEDICAL CENTER, SPRINGFIELD, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 09–11356. MESINA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.